# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV-08-7597-R                                           **DATE:** NOV. 20, 2008

**TITLE:** SONIA MERCADO, et al. -V- JOSE CASTANEDA etc., et al.
================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

| <u>William Horrell</u> | <u>   N/A   </u> |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANT:**

    Not present                                           Not present

**PROCEEDINGS:**   ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION

    The Court hereby sets this matter on calendar for MONDAY, NOVEMBER 24, 2008 at 10:00 AM for an Order to Show Cause why this action should not be dismissed for lack of jurisdiction.

Presence of counsel at the hearing is mandatory.

IT IS SO ORDERED.

**MINUTES FORM II**                                                        Initials of Deputy Clerk  RJ
**CIVIL - GEN**                                   D-M